UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JOHNATHON FREYMUTH,

          Plaintiff,

  v.

COMMISSIONER OF SOCIAL SECURITY,

          Defendant.

Case No. C25-5941-RSM

ORDER GRANTING IN FORMA PAUPERIS APPLICATION

      Plaintiff's application to proceed *in forma pauperis*, Dkt. 1, is GRANTED. Plaintiff does not appear to have funds available to afford the $405.00 filing fee. The Court ORDERS:

      1.    The Supplemental Social Security Rules of the Federal Rules of Civil Procedure provide that because Plaintiff has electronically filed a complaint seeking review under 42 U.S.C. § 405(g), Plaintiff need not serve a summons and a complaint, or file notice of service.

      2.    The Clerk shall notify Defendant this action has commenced by transmitting a Notice of Electronic Filing to the Social Security Administration's Office of General Counsel and to the United States Attorney of the Western District of Washington.

      3.    No later than **seven (7) days** following the Court's notification to the Commissioner of the commencement of the action as provided for in this Order, Plaintiff shall provide the United States Attorney's Office with: (a) Plaintiff's full name and (b) either

Plaintiff's social security number or the Beneficiary Notice Control Number (BNC) of the hearing decision Plaintiff wishes to appeal.  This information shall be provided either by email to USAWAW.SSAClerk@usdoj.gov or delivery, by hand or mail, to "SSA Clerk Civil Division" at 700 Stewart Street, Suite 5220, Seattle, WA 98101.

       4.    Defendant shall file a certified copy of the Administrative Record and any affirmative defenses within **sixty (60) days** of the date of this Order.

Dated this 18th day of December, 2025.

S. KATE VAUGHAN
United States Magistrate Judge