IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

JOHNATHON FREYMUTH,

    Plaintiff,

    v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

Civ. No. 3:25-cv-05941-RSM

ORDER GRANTING UNOPPOSED
MOTION FOR EXTENSION OF TIME

    Based on Defendant's Unopposed Motion for the Scheduling Order and that Plaintiff's counsel has no opposition, it is hereby ORDERED that Defendant's Motion, Dkt. #6, is GRANTED, and the Scheduling Order shall be amended as follows:

    Defendant shall have up to and including March 19, 2026, to file a response to Plaintiff's Complaint.

    DATED this ____17th____ day of February, 2026.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDG

ORDER - 1