UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JOHNATHON FREYMUTH,

Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

Defendant.

CASE NO. 3:25-cv-05941-DGE

ORDER GRANTING MOTION TO DISMISS (DKT. NO. 9) AND ORDER TO SHOW CAUSE WHY COUNSEL SHOULD NOT BE REFERRED TO THE WASHINGTON STATE BAR ASSOCIATION

Before the Court is Defendant's motion to dismiss Plaintiff's complaint pursuant to Federal Rule of Civil Procedure 12(b)(1). (Dkt. No. 9.) Defendant argues Plaintiff failed to bring this action within 65 days of the Appeals Council's denial of his request for review of the Administrative Law Judge's decision, as required by 42 U.S.C. § 405(g) and Social Security regulations. (*Id.*)

Plaintiff concedes his complaint was filed in this Court three days late "due to a calendaring issue." (Dkt. No. 11 at 1.) However, Plaintiff asks the Court not to dismiss this case because the Court accepted a late responsive brief from Defendant in another Social Security

case. (*Id.*) Plaintiff claims he "agreed to" to the late filing of Defendant's brief in that case and requests the same leniency in this case. (*Id.* at 2.) Plaintiff asserts his untimely initiation of this action "creates no prejudice to the Court nor the Defendant" and argues he should "not be prejudiced into having to file a new claim due to a calculation error[.]" (*Id.*)

This lack of diligence does not appear to be an isolated incident. Plaintiff's counsel "has already been admonished on numerous occasions by several other judges in this district for similar failures of diligence that have risked prejudicing his clients." *Dianna H. v. Commissioner of Social Security*, Case No. 3:24-cv-05630-TL, 2025 WL 1355379 at *2 (W.D. Wash. May 9, 2025) (collecting cases). "Some of counsel's lapses have cost his clients the opportunity to pursue their claims." *Id.* To the extent Plaintiff faces any prejudice here, it is because of his attorney's oversight.

Plaintiff failed to file his petition for review within the period proscribed by statute. As a result, Defendant's motion to dismiss (Dkt. No. 9) is GRANTED.

Finally, Plaintiff's counsel is ordered to show cause **no later than September 15, 2026** why he should not be referred to the Washington State Bar Association for review of his conduct.

The Clerk is directed to calendar this event.

Dated this 8th day of September, 2026.



David G. Estudillo
United States District Judge